# Court of Appeals
# of the State of Georgia

ATLANTA, May 11, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0471. JAMES BARRY v. EMORY JOHNS CREEK HOSPITAL.

On January 28, 2026, the trial court dismissed James Barry's complaint against Emory Johns Creek Hospital. Barry filed a timely notice of appeal, which has been docketed in this Court as Case No. A26A1749. On April 19, 2026, Barry filed this application seeking discretionary review of the same trial court order. No provision of OCGA § 5-6-35, the discretionary appeal statute, applies to this case, and it appears that the order is directly appealable. See OCGA § 5-6-34(a)(1)(B) (providing for a right of direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" But because Barry already has a direct appeal pending from the dismissal order, this application is superfluous. It is also untimely, as it was filed more than 30 days after entry of the dismissal order. See OCGA § 5-6-35(d) (providing that a discretionary application must be filed within 30 days of entry of the order to be appealed).

For these reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 05/11/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*